BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GARY Y. SUSSMAN, OSB #873568**
Gary.Sussman@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:19-cr-00452-SI |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **TIMOTHY DALE BACH,** | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Information, the United States is seeking forfeiture of the following property:

One 16 GB black and white Lexar thumb drive;

One Toshiba Mini Notebook laptop, model NB205-N323BN laptop with power cord; and

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**                                   **PAGE 1**

One Hewlett Packard Pavilion Notebook laptop, model g4-1229dx, with power cords and mouse.

DATED: October 30, 2019.                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


*/s/Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney